# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0320. XAVIER KEITH SNELSON v. THE STATE.**

In 2006, Xavier Keith Snelson was found guilty of several offenses, including kidnapping, and he was sentenced as a recidivist to life in prison under OCGA § 17-10-7 (b). We affirmed Snelson's convictions on appeal. See *Snelson v. State*, 286 Ga. App. 203 (648 SE2d 647) (2007). Snelson later moved to vacate his sentence, and we dismissed Snelson's appeal from the trial court's order denying his motion. See Case No. A11A1478 (Apr. 21, 2011). It appears that Snelson subsequently filed a "motion for appointment of attorney." On March 21, 2023, the trial court entered an order dismissing Snelson's "motion for appointment of attorney," stating that there were no pending motions before the trial court. On May 4, 2023, Snelson filed this application for discretionary review. We, however, lack jurisdiction.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As this application was filed 44 days after entry of the order denying Snelson's motion for appointment of attorney, it is untimely. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt

cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __05/30/2023__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*